# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

141233(42)

SHELLY SCHELLENBERG and DAVID RIGGLE,
      Petitioners-Appellants,

v

BINGHAM TOWNSHIP,
      Respondent-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141233
COA: 289801
MTT: 00-313448

On order of the Court, the motion for reconsideration of this Court's September 27, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

d1213

_____
Clerk